# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| SAMUEL EDDIE PHEASANT ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for the appointment of new appellate counsel.

It appearing to the Court that the Defendant filed a timely notice of appeal on November 10, 2007, and that the Fourth Circuit has appointed the Federal Public Defender to represent Defendant on appeal,

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motion for the appointment of new appellate counsel is respectfully referred to the Fourth Circuit Court of Appeals.

2

Signed: January 25, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge