IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:06cr25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| SAMUEL EDDIE PHEASANT ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Request for Disposition of Evidence [Doc. 58].

No response has been received in opposition to the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Request for Disposition of Evidence [Doc. 58] is hereby **GRANTED** and the Federal Bureau of Investigation may destroy in accordance with law evidence in the form of One Marlin model 15YS .22 caliber rifle, serial number 98656659.

Signed: January 17, 2011

Martin Reidinger
United States District Judge