**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06 CR 25-1
FINANCIAL LITIGATION UNIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMUEL EDDIE PHEASANT,** | ) | |
| | ) | **ORDER** |
| **Defendant,** | ) | |
| **and** | ) | |
| | ) | |
| **EATERN BAND OF CHEROKEE** | ) | |
| **INDIANS** | ) | |
| **Garnishee.** | ) | |
| _____ | ) | |

Pending before the Court is the Government's Motion for Dismissal of the Order of Continuing Garnishment [# 72]. The balance of the assessment, fine, and/or restitution debt to the United States in this case has been satisfied. Therefore, there is good cause to grant the order.

The Court **GRANTS** the motion [# 72] and the Order of Continuing Garnishment [# 46] is **DISMISSED**.

Signed: November 17, 2017

Dennis L. Howell
United States Magistrate Judge